**No. 66521.**—Manca, Inc. *v.* United States, protest 60/25559 (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of burners "XBO 162," high pressure Xenon lamps, and that the principle of operation of the merchandise is the same as the "tubular-shaped burners" the subject of *Charles A. Redden et al.* v. *United States* (19 C.C.P.A. 401, T.D. 45574). In accordance therewith, the claim of the plaintiff was sustained.

**No. 66522.**—General Motors Overseas Operations and Baker Irons & Dockstader, Inc., et al. *v.* United States, protests 320004–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts for Lindemann metal scrap balers similar in all material respects to those the subject of *United States* v. *Kurt Orban Co., Inc.* (47 C.C.P.A. 28, C.A.D. 724), the claim of the plaintiffs was sustained.

**No. 66523.**—Norman G. Jensen, Inc. *v.* United States, protests 59/4249, etc. (Pembina).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nickel-bearing materials similar in all material respects to those the subject of *F. W. Myers & Co., Inc.* v. *United States* (46 Cust. Ct. 90, C.D. 2239), the claim of the plaintiff was sustained.